Clayton BROWN, Plaintiff–Appellant,

v.

R.C. MATHENA, Warden; Officer Mitchell; Sergeant Shrieve, Defendants–Appellees.

No. 10–6772.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 26, 2010.

Decided: Sept. 3, 2010.

Clayton Brown, Appellant Pro Se.

Before KING and DUNCAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clayton Brown appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Brown v. Mathena,* No. 7:10–cv–00192–sgw–mfu, 2010 WL 1965105 (W.D.Va. May 14, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before

the court and argument would not aid the decisional process.

*AFFIRMED.*